| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption In Compliance with D.N.J. LR 9004(2)(c)** |
| In Re<br><br>EGLY N. VALENZUELA<br>                              Debtor. |

Chapter CH 13

Case No. 26-11526-VFP

_____

### NOTICE OF APPEARANCE AND
### DEMAND FOR NOTICE AND PAPERS

_____

**PLEASE TAKE NOTICE** that Green Knoll Condominium Association, Inc. (the "*Association*"), appears in the above-captioned case by its counsel, Becker NE P.C.; such counsel hereby enters its appearance pursuant to § 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and § 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the following person at the address, telephone and facsimile numbers indicated:

> Glenford W. Warmington, Esq.
> **BECKER NE P.C.**
> *A professional corporation incorporated in the State of New York*
> 1776 on the Green
> 67 East Park Place, Suite 800
> Morristown, New Jersey 07960
> Telephone: (862)842-9928
> Email: (GWarmington@beckerlawyers.com)

**PLEASE TAKE FURTHER NOTICE** that pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

G27208/398495/30708532

**PLEASE TAKE FURTHER NOTICE** that the Association does not intend that this Notice of Appearance and Demand for Notices and Papers or any later appearance or pleading be deemed or construed to be a waiver of its right (1) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; or (2) to any other rights, claims actions, setoffs, or recoupments to which it is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments the Association expressly reserves.

Dated: February 24, 2026

**BECKER NE P.C.**

/s/   Glenford W. Warmington
Glenford W. Warmington
1776 on the Green
67 East Park Place, Suite 800
Morristown, New Jersey 07960
Telephone: (862)842-9928

Attorneys for Green Knoll Condominium Association, Inc.

## CERTIFICATE OF SERVICE

Glenford W. Warmington hereby certifies that on the 24th day of February 2026, I caused a true and correct copy of this Notice of Appearance to be electronically filed with the court via CM/ECF and thereby served upon all registered users and parties requesting notice of papers.

Dated:  February 24, 2026

/s/  Glenford W. Warmington
Glenford W. Warmington

G27208/398495/30708532