**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

GOLDMAN & BESLOW, LLC
Attorneys At Law
7 Glenwood Avenue - Suite 311B
East Orange, New Jersey 07017
(973) 677-9000
Attorneys for Debtor(s), Egly N. Valenzuela
David G. Beslow, Esq.  #DGB-5300

In re:

**EGLY NAZARENA VALENZUELA,**

Debtor

Order Filed on March 12, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 26-11526

Chapter: 13

Hearing Date: March 5, 2026
at 10:00 a.m.

Hon. Vincent F. Papalia

## ORDER CONTINUING THE AUTOMATIC STAY AS TO ALL CREDITORS

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: March 12, 2026**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

**Page:** 2
**Debtor:** Egly Nazarena Valenzuela
**Case No.:** 26-11526-VFP - Chapter 13
**Caption:** Order Continuing the Automatic Stay as to All Creditors

---

**THIS MATTER** being opened to the Court by David G. Beslow, Esq., attorney for the debtor, Egly Nazarena Valenzuela, and this Court having considered the moving papers and argument of counsel and good cause appearing, and there being no opposition;

**IT IS HEREBY,**

**ORDERED,** that the automatic stay is hereby continued as to all creditors served with a copy of the Motion.

**IT IS FURTHER ORDERED, that a copy of this order shall be served on all parties in interest within three (3) days from the date of entry.**