**Order Filed on March 12, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

---

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

---

GOLDMAN & BESLOW, LLC
Attorneys At Law
7 Glenwood Avenue - Suite 311B
East Orange, New Jersey 07017
(973) 677-9000
Attorneys for Debtor(s), Egly N. Valenzuela
David G. Beslow, Esq.  #DGB-5300

---

In re:

**EGLY NAZARENA VALENZUELA,**

Debtor

---

Case No. 26-11526

Chapter: 13

Hearing Date: March 5, 2026
                  at 10:00 a.m.

Hon. Vincent F. Papalia

---

## ORDER CONTINUING THE AUTOMATIC STAY AS TO
## ALL CREDITORS

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: March 12, 2026**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page:      2
Debtor:    **Egly Nazarena Valenzuela**
Case No.:  **26-11526-VFP - Chapter 13**
Caption:   **Order Continuing the Automatic Stay as to All Creditors**

---

**THIS MATTER** being opened to the Court by David G. Beslow, Esq., attorney for the debtor, Egly Nazarena Valenzuela, and this Court having considered the moving papers and argument of counsel and good cause appearing, and there being no opposition;

**IT IS HEREBY,**

**ORDERED,** that the automatic stay is hereby continued as to all creditors served **with a copy of the Motion.**

**IT IS FURTHER ORDERED, that a copy of this order shall be served on all parties in interest within three (3) days from the date of entry.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 26-11526-VFP

Egly Nazarena Valenzuela                                                         Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 13, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2026:**

**Recip ID**     **Recipient Name and Address**
db     + Egly Nazarena Valenzuela, 360 River Road, Apt. B, Nutley, NJ 07110-3613

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2026     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David G. Beslow | on behalf of Debtor Egly Nazarena Valenzuela ecf@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Denise E. Carlon | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Glenford Washington Warmington | on behalf of Creditor Green Knoll Condominium Association  Inc. gwarmington@beckerlawyers.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Nathalie Rodriguez | |

on behalf of Creditor U.S. Bank Trust National Association nrodriguez@raslg.com  NJbkyecf@flwlaw.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6