UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GOLDMAN & BESLOW, LLC
7 Glenwood Avenue, Suite 311B
East Orange, New Jersey 07017
(973) 677-9000
David G. Beslow, Esq.  #DGB-5300
Attorneys for Debtor(s), Egly Valenzuela

In Re:

EGLY N. VALENZUELA

Order Filed on June 9, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: _____26-11526_____

Chapter: _____13_____

Judge: _____VFP_____

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 9, 2026**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on <u>February 27, 2026</u>      :

Property:      <u>360 River Road, Apartment B, Nutley, New Jersey 07110</u>

Creditor:      <u>Selene Finance</u>

and a Request for

☒ Extension of the Loss Mitigation Period having been filed by <u>the debtor</u>                  , and for good cause shown,

☐ Early Termination of the Loss Mitigation Period having been filed by _____,
and for good cause shown,

It is hereby ORDERED that,

☒ The Loss Mitigation Period is extended up to and including <u>August 31, 2026</u>            .

☐ The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

2