UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

---

GOLDMAN & BESLOW, LLC
7 Glenwood Avenue, Suite 311B
East Orange, New Jersey 07017
(973) 677-9000
David G. Beslow, Esq.  #DGB-5300
Attorneys for Debtor(s), Egly Valenzuela

| In Re: | |
|---|---|
| EGLY N. VALENZUELA | Case No.:  26-11526 |
| | Chapter:  13 |
| | Judge:  VFP |

Order Filed on June 9, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 9, 2026**

Honorable Vincent F. Papalia
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on February 27, 2026      :

Property:      360 River Road, Apartment B, Nutley, New Jersey 07110

Creditor:      Selene Finance

and a Request for

☒ Extension of the Loss Mitigation Period having been filed by the debtor                , and for good cause shown,

☐ Early Termination of the Loss Mitigation Period having been filed by                ,
and for good cause shown,

It is hereby ORDERED that,

☒ The Loss Mitigation Period is extended up to and including August 31, 2026                .

☐ The Loss Mitigation Period is terminated, effective                .

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

2

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 26-11526-VFP

Egly Nazarena Valenzuela                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                              User: admin                                   Page 1 of 2
Date Rcvd: Jun 10, 2026                      Form ID: pdf903                           Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2026:**

**Recip ID                    Recipient Name and Address**
db                      +  Egly Nazarena Valenzuela, 360 River Road, Apt. B, Nutley, NJ 07110-3613

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2026                         Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2026 at the address(es) listed below:**

**Name**                              **Email Address**
David G. Beslow

                                      on behalf of Debtor Egly Nazarena Valenzuela ecf@goldmanlaw.org
                                      yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.b
                                      estcase.com;GoldmanBeslowLLC@jubileebk.net

Glenford Washington Warmington

                                      on behalf of Creditor Green Knoll Condominium Association  Inc. gwarmington@beckerlawyers.com

Marie-Ann Greenberg

                                      magecf@magtrustee.com

Matthew K. Fissel

                                      on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT
                                      SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST bkgroup@kmllawgroup.com,
                                      matthew.fissel@brockandscott.com

Nathalie Rodriguez

                                      on behalf of Creditor U.S. Bank Trust National Association nrodriguez@raslg.com  NJbkyecf@flwlaw.com

District/off: 0312-2                           User: admin                                    Page 2 of 2

Date Rcvd: Jun 10, 2026                        Form ID: pdf903                               Total Noticed: 1

Nathalie Rodriguez

    on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION nrodriguez@raslg.com  NJbkyecf@flwlaw.com

Nathalie Rodriguez

    on behalf of Creditor SELENE FINANCE LP  AS SERVICER IN FACT FOR U.S. BANK TRUST NATIONAL
ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION
TRUST nrodriguez@raslg.com, NJbkyecf@flwlaw.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 8