UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GOLDMAN & BESLOW, LLC
Attorneys at Law
7 Glenwood Avenue - Suite 311B
East Orange, New Jersey 07017
Tel. 973-677-9000

David G. Beslow, Esq. #DGB-5300
Attorneys for Debtor(s)

| | |
|---|---|
| In Re:<br><br>Egly Nazarena Valenzuela<br><br>Debtor | Case No.: _____26-11526-VFP_____<br><br>Judge: _____Papalia_____<br><br>Chapter:          13 |

## CHAPTER 13 DEBTORS ATTORNEY'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (**choose one**):

1.      ☒ Motion for Relief from the Automatic Stay filed by _____Selene Finance LP_____,
creditor,

A hearing has been scheduled for _____July 2, 2026_____, at _10:00 am_.

☐ Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____, at _____.

☐ Certification of Default filed by _____,

I am requesting a hearing be scheduled on this matter.

2.      I oppose the above matter for the following reasons (**choose one**):

☐ Payments have been made in the amount of $ _____, but have not
been accounted for. Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes

repayment as follows **(explain your answer)**:
Debtor was unable to personally sign opposition prior to the deadline but advised over the phone that she will bring certified funds totaling $3,169.12 to my office for the mortgage company on 7/1/2026 to become current through June 2026. Timely regular payment will resume in July 2026.

☐ Other **(explain your answer)**:

3.      This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4.      I certify under penalty of perjury that the above is true.

Date: June 24, 2026                    /s/ David G. Beslow, Esq.
                                       Debtor's Attorney

Date: _____           _____
                                       Debtor's Signature

**NOTES:**

1.      Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2.      Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*