UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**

130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886
Attorneys for Secured Creditor

Nathalie C Rodriguez, Esq. (435332023)

**In Re:**

**Egly Nazarena Valenzuela,**

    **Debtor.**

Order Filed on July 24, 2026
by Clerk
**U.S. Bankruptcy Court
District of New Jersey**

Case No.:  26-11526-VFP

Chapter:  13

Hearing:  July 16, 2026

Judge:  Vincent F Papalia

## ORDER RESOLVING SECURED CREDITOR'S MOTION FOR

## RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

ORDERED.

**DATED: July 24, 2026**

Honorable Vincent F. Papalia
United States Bankruptcy Judge

THIS MATTER having come before the Court on the Creditor's Motion for Relief from the Automatic Stay of  SELENE FINANCE LP, AS SERVICER FOR U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST ("Secured Creditor") by and through its counsel, Robertson, Anschutz, Schneid, Crane & Partners, PLLC, as to the real property commonly known as **360 River Road, Apt. B, Nutley, NJ 07110** (the "Subject Property"), and Catherine Finnerty, Esq. representing Egly Nazarena Valenzuela ("Debtor(s)"), and for good cause it is ORDERED that Secured Creditor's Motion for Relief from the Automatic Stay is resolved, subject to the following conditions:

1.    Status of post-petition arrearages:

■ The Debtor is overdue for 03 payment(s) from May 1, 2026 through July 1, 2026 at $1,542.28 per month.

Funds Held In Suspense ($1,461.44)

Total Arrearages Due **$3,165.40**

2.    Debtor must cure all post-petition arrearages, as follows:

■ Debtor agrees to cure the post-petition arrears of **$3,165.40** by July 31, 2026.

■ Beginning on 08/01/2026, regular monthly mortgage payments shall resume in the amount of **$1,542.28** or such other amount as may be required by a Fed. R. Bnkr. P. 3002.1 notice.

3.  Payments to the Secured Creditor shall be made to the following address(es):

■ Regular monthly payment: Selene Finance, LP
Attn: BK Dept.
3501 Olympus Boulevard, Suite 500
Dallas, Texas 75019

■ Immediate payment:    Selene Finance, LP
Attn: BK Dept.
3501 Olympus Boulevard, Suite 500
Dallas, Texas 75019

■ Payment may be made to the Secured Creditor by check, money order, certified funds, ACH telephonic debit, or by any other means the Secured Creditor deems acceptable.

4.  In the event of Default:

■ Should the Debtor(s) fail to make any of the above captioned payments, or if any regular monthly mortgage payment or Trustee payments should become more than thirty (30) days late or if Debtor(s) fails to comply with any terms of this Order, counsel shall file a Certification of Default with the Court. A copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor(s), and Debtor(s)' attorney and upon a finding that cause exists the Court shall enter an Order granting relief from the Automatic Stay. Debtor shall be responsible for paying all reasonable costs and fees for each notice or certification of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

■ In the event the Debtor(s) default(s) within any such cure period proscribed in this Order there shall be no right to reinstate the terms of this Order and all sums that remain owed under this Order shall be due and payable in full.

■ In the event the Debtor(s)' case convert(s) to a Chapter 7 during the pendency of this bankruptcy case, regardless of whether conversion of the case is voluntary or involuntary, the Debtor(s) shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Such payment to bring the account contractually current is due without further demand of the Secured Creditor. Should the Debtors fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, Chapter 7 Trustee, the Debtor(s), and Debtor(s)' attorney and upon a finding that cause exists the Court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay be responsible for paying all reasonable costs and fees for each notice or certification of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

■ This Order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor(s), and Debtor(s)' attorney and upon a finding that causes exists the Court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay be responsible for paying all reasonable costs and fees for each notice or certification of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

5.  Award of Attorneys' Fees:

■ The Applicant is hereby awarded attorney fees of $595.00 and costs of $199.00.

■ The fees and costs are payable:

- Through the Chapter 13 Plan.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 26-11526-VFP |
| Egly Nazarena Valenzuela | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 24, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Egly Nazarena Valenzuela, 360 River Road, Apt. B, Nutley, NJ 07110-3613 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David G. Beslow | on behalf of Debtor Egly Nazarena Valenzuela ecf@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Glenford Washington Warmington | on behalf of Creditor Green Knoll Condominium Association  Inc. gwarmington@beckerlawyers.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Nathalie Rodriguez | on behalf of Creditor U.S. Bank Trust National Association nrodriguez@raslg.com  NJbkyecf@flwlaw.com |

District/off: 0312-2                          User: admin                              Page 2 of 2
Date Rcvd: Jul 24, 2026                       Form ID: pdf903                          Total Noticed: 1

Nathalie Rodriguez
                    on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION nrodriguez@raslg.com  NJbkyecf@flwlaw.com

Nathalie Rodriguez

                    on behalf of Creditor SELENE FINANCE LP  AS SERVICER IN FACT FOR U.S. BANK TRUST NATIONAL
                    ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION
                    TRUST nrodriguez@raslg.com, NJbkyecf@flwlaw.com

U.S. Trustee

                    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 8