Order Filed on August 25, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GOLDMAN & BESLOW, LLC
7 Glenwood Avenue, Suite 311B
East Orange, New Jersey 07017
(973) 677-9000
David G. Beslow, Esq. #DGB-5300
Attorneys for Debtor(s), Egly Valenzuela

In Re:
EGLY N. VALENZUELA

Case No.: 26-11526
Chapter: 13
Judge: VFP

**ORDER RESPECTING REQUEST FOR EXTENSION**
**OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 25, 2026**

Honorable Vincent F. Papalia
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on February 27, 2026:

Property: 360 River Road, Apartment B, Nutley, New Jersey 07110

Creditor: Selene Finance

and a Request for

☒ Extension of the Loss Mitigation Period having been filed by the debtor, and for good cause shown,

☐ Early Termination of the Loss Mitigation Period having been filed by ____________________, and for good cause shown,

It is hereby ORDERED that,

☒ The Loss Mitigation Period is extended up to and including October 31, 2026.

☐ The Loss Mitigation Period is terminated, effective ____________________.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

United States Bankruptcy Court

District of New Jersey

In re: Case No. 26-11526-VFP

Egly Nazarena Valenzuela Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 2

Date Rcvd: Aug 26, 2026 Form ID: pdf903 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Egly Nazarena Valenzuela, 360 River Road, Apt. B, Nutley, NJ 07110-3613 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David G. Beslow | on behalf of Debtor Egly Nazarena Valenzuela ecf@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Glenford Washington Warmington | on behalf of Creditor Green Knoll Condominium Association Inc. gwarmington@beckerlawyers.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Nathalie Rodriguez | |

| | |
|---|---|
| | on behalf of Creditor U.S. Bank Trust National Association nrodriguez@raslg.com NJbkyecf@flwlaw.com |
| Nathalie Rodriguez | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION nrodriguez@raslg.com NJbkyecf@flwlaw.com |
| Nathalie Rodriguez | on behalf of Creditor SELENE FINANCE LP AS SERVICER IN FACT FOR U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST nrodriguez@raslg.com, NJbkyecf@flwlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8