Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 26−11526−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Egly Nazarena Valenzuela
aka Egly Nazarena Ayers, aka Egly Valenzuela, aka Egly N Abreu
360 River Road, Apt. B
Nutley, NJ 07110

Social Security No.:
xxx−xx−4504

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 17, 2026.

Dated: September 17, 2026
JAN: gml

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 26-11526-VFP

Egly Nazarena Valenzuela Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 4

Date Rcvd: Sep 17, 2026 Form ID: plncf13 Total Noticed: 75

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Egly Nazarena Valenzuela, 360 River Road, Apt. B, Nutley, NJ 07110-3613 |
| cr | + | Green Knoll Condominium Association, Inc., BECKER NE P.C., 1776 on the Green, 67 East Park Place, Suite 800, morristown, NJ 07960-7125 |
| 520978229 | | Credit Acceptance, Silver Triangle Building, 25502 West Twelve Mile Road, Southfield, MI 48034 |
| 520978231 | | Credit Acceptance c/o, Morgan Bornstein & Morgan, 1236 Brace Road, Suite K, Cherry Hill, NJ 08034-3269 |
| 520978236 | | Ditech, Po Box 6172, Rapid City, SD 57709 |
| 520978235 | + | Ditech, 332 Minnesota St Ste 610, Saint Paul, MN 55101-1314 |
| 520978234 | | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709 |
| 520978241 | + | Fed Loan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 520978242 | + | Fed Loan Servicing, Pob 60610, Harrisburg, PA 17106-0610 |
| 520978250 | + | Green Knoll Condominium Association c/o, Coomunity Management Corp., PO Box 833805, Richardson, TX 75083-3805 |
| 520978251 | + | Green Knolls Condo Association, PO Box 364, Hamburg, NJ 07419-0364 |
| 520978252 | | Green Knolls Condo Association c/o, Community Managment Corp., PO Box 67750, Phoenix, AZ 85082-7750 |
| 520978254 | + | Green Knolls Condominium Association, PO Box 364, Hamburg, NJ 07419-0364 |
| 520978253 | + | Green Knolls Condominium Association, c/o Stark & Stark, P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520978255 | + | Green Knolls Condominium Association, c/o Tana Bucca, Esq., Stark & Stark, 222 Ridgedale Avenue, Cedar Knolls, NJ 07927-2110 |
| 520978256 | + | Green Knolls Condominum Association c/o, Stark and Stark, 993 Lenox Drive, Lawrence Township, NJ 08648-2389 |
| 520978263 | + | Notchview Pediatrics, 18 Hook Mountain Road, Pine Brook, NJ 07058-9462 |
| 520978262 | + | Notchview Pediatrics, 1037 Route 46 East, Suite 201, Clifton, NJ 07013-2459 |
| 520978264 | + | Notchview Pediatrics, 695 Bloomfield Avenue, Montclair, NJ 07042-2214 |
| 520978270 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, P.O. Box 269, Trenton, NJ 08602-0269 |
| 520978274 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept, Po Box 6429, Greenville, SC 29606 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 17 2026 21:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 17 2026 21:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 17 2026 21:04:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 17 2026 21:04:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 520978214 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Sep 17 2026 21:04:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |

| | | | | |
|---|---|---|---|---|
| 520978212 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Sep 17 2026 21:04:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 520978217 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 17 2026 21:04:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 520978216 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 17 2026 21:04:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 520978218 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 17 2026 21:04:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 520978221 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 17 2026 21:17:56 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 520978223 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 17 2026 21:04:00 | Citizens Bank, 480 Jefferson Blvd, Warwick, RI 02886 |
| 520978222 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 17 2026 21:04:00 | Citizens Bank, Attention: ROP-15B, 1 Citizens Drive, Riverside, RI 02940 |
| 521008522 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 17 2026 21:04:00 | Citizens Bank N.A., One Citizens Bank Way, Johnston, RI 02919, Mailstop JCA 115 |
| 520978228 | | Email/Text: ebnnotifications@creditacceptance.com | Sep 17 2026 21:04:00 | Credit Acceptance, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 520978220 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 17 2026 21:17:56 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520978224 | + | Email/Text: convergent@ebn.phinsolutions.com | Sep 17 2026 21:05:48 | Convergent Outsourcing, Inc, Po Box 9004, Renton, WA 98057-9004 |
| 520978227 | + | Email/Text: ebnnotifications@creditacceptance.com | Sep 17 2026 21:04:00 | Credit Acceptance, Po Box 513, Southfield, MI 48037-0513 |
| 520978230 | + | Email/Text: ebnnotifications@creditacceptance.com | Sep 17 2026 21:04:00 | Credit Acceptance, Po Box 5070, Southfield, MI 48086-5070 |
| 520978225 | + | Email/Text: ebnnotifications@creditacceptance.com | Sep 17 2026 21:04:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 520978232 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 17 2026 21:17:56 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 520978233 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 17 2026 21:17:38 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 520978237 | | Email/Text: bankruptcycourts@equifax.com | Sep 17 2026 21:04:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 520978238 | | Email/Text: bankruptcycourts@equifax.com | Sep 17 2026 21:04:00 | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374 |
| 520978239 | ^ | MEBN | Sep 17 2026 20:59:28 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 520978240 | ^ | MEBN | Sep 17 2026 20:58:59 | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 520978243 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 17 2026 21:17:39 | First Premier Bank, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 520978246 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 17 2026 21:17:39 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520978244 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 17 2026 21:17:48 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 520978245 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 17 2026 21:17:38 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 520978247 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 17 2026 21:04:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 520978249 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 17 2026 21:04:00 | Fortiva, Po Box 105555, Atlanta, GA 30348-5555 |

| | | | | |
|---|---|---|---|---|
| 520978248 | ^ | MEBN | Sep 17 2026 20:59:51 | Fortiva, PO Box 650847, Dallas, TX 75265-0847 |
| 520978257 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 17 2026 21:04:00 | Internal Revenue Service, P.O. Box 21126, Philadelphia, PA 19114-0326 |
| 520978259 | + | Email/Text: EBNBKNOT@ford.com | Sep 17 2026 21:05:00 | Lincoln Automotive Fin, Pob 542000, Omaha, NE 68154-8000 |
| 520978258 | + | Email/Text: EBNBKNOT@ford.com | Sep 17 2026 21:05:00 | Lincoln Automotive Fin, Attn: Bankruptcy, Po Box 542000, Omaha, NE 68154-8000 |
| 520978261 | + | Email/Text: EBNBKNOT@ford.com | Sep 17 2026 21:05:00 | Lincoln Automotive Financial Service, Po Box Box 542000, Omaha, NE 68154-8000 |
| 520978260 | + | Email/Text: EBNBKNOT@ford.com | Sep 17 2026 21:05:00 | Lincoln Automotive Financial Service, Attn: Bankruptcy, Po Box 542000, Omaha, NE 68154-8000 |
| 521038040 | | Email/Text: bnc-quantum@quantum3group.com | Sep 17 2026 21:05:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 521053319 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 17 2026 21:04:00 | State of New Jersey, Division of Taxation-Bankruptcy Unit, Po box 245, Trenton, NJ 08695 |
| 520978267 | + | Email/Text: bkteam@selenefinance.com | Sep 17 2026 21:04:00 | Selene Finance, 9990 Richmond, Houston, TX 77042-4559 |
| 520978266 | + | Email/Text: bkteam@selenefinance.com | Sep 17 2026 21:04:00 | Selene Finance, Attn: Bankruptcy, Po Box 422039, Houston, TX 77242-4239 |
| 520978265 | | Email/Text: bkteam@selenefinance.com | Sep 17 2026 21:04:00 | Selene Finance, 9990 Richmond, Suite 400 South, Houston, TX 77042-4546 |
| 520978268 | + | Email/Text: clientservices@simonsagency.com | Sep 17 2026 21:05:00 | Simons Agency, Inc., Attn: Bankruptcy, 4963 Wintersweet Dr., Liverpool, NY 13088-2176 |
| 520978269 | + | Email/Text: clientservices@simonsagency.com | Sep 17 2026 21:05:00 | Simons Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 520978271 | ^ | MEBN | Sep 17 2026 20:59:08 | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 520978272 | ^ | MEBN | Sep 17 2026 20:59:16 | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |
| 521071977 | + | Email/Text: bkteam@selenefinance.com | Sep 17 2026 21:04:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, c/o Selene Finance LP,, 3501 Olympus Blvd, Suite 500,, Dallas, TX 75019-6295 |
| 520985557 | + | Email/Text: RASEBN@raslg.com | Sep 17 2026 21:04:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 521323722 | | Email/Text: EDBKNotices@ecmc.org | Sep 17 2026 21:04:00 | U.S. Department of Education, PO Box 16448, Saint Paul MN 55116-0448 |
| 520978273 | ^ | MEBN | Sep 17 2026 20:59:54 | US Bank Trust National Association, c/o KML Law Group PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 521067535 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 17 2026 21:17:49 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520978275 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Sep 17 2026 21:17:56 | Wells Fargo Bank, Po Box 14517, Des Moines, IA 50306-3517 |
| 520978277 | | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Sep 17 2026 21:17:57 | Wells Fargo Bank NA, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 520978276 | + | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Sep 17 2026 21:17:37 | Wells Fargo Bank NA, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 54

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520978215 | *+ | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 520978213 | *+ | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 520978219 | *+ | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 520978226 | *+ | Credit Acceptance, 25505 West 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David G. Beslow | on behalf of Debtor Egly Nazarena Valenzuela ecf@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Glenford Washington Warmington | on behalf of Creditor Green Knoll Condominium Association Inc. gwarmington@beckerlawyers.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST bkgroup@kmllawgroup.com |
| Nathalie Rodriguez | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION nrodriguez@raslg.com NJbkyecf@flwlaw.com |
| Nathalie Rodriguez | on behalf of Creditor U.S. Bank Trust National Association nrodriguez@raslg.com NJbkyecf@flwlaw.com |
| Nathalie Rodriguez | on behalf of Creditor SELENE FINANCE LP AS SERVICER IN FACT FOR U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST nrodriguez@raslg.com, NJbkyecf@flwlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8